IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| JESSE DONALD BAKER | ) | |
|---|---|---|
| Plaintiff, | ) | |
| Vs. | ) | Case No. CIV-17-735-M |
| STATE OF OKLAHOMA, | ) | |
| Defendant. | ) | |

## ORDER

On August 30, 2017, Magistrate Judge Shon T. Erwin issued a Report and Recommendation in this action in which the Plaintiff alleged various violations of his constitutional rights pursuant to 42 U.S.C. § 1983. The Court ordered the Plaintiff to pay an initial filing fee. The plaintiff failed to pay the fee as required and the Magistrate Judge recommends the action be dismissed without prejudice to refiling. The Plaintiff was advised of his right to object to the Report and Recommendation. A review of the court file reveals no objection has been filed.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 7] issued by the Magistrate Judge on August 30, 2017; and

(2) DISMISSES this action without prejudice to refiling.

**IT IS SO ORDERED this 13th day of October, 2017.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE